UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BARBARA KELLY, | : | CASE NO. 1:21-cv-01452 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| MEDINA CREATIVE HOUSING, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Barbara Kelly sues her former employer for failing to pay overtime and keep work hours records in violation of the Fair Labor Standards Act.[1]

The parties proposed a settlement agreement.[2] The Court approved the parties' motion to file their proposed agreement under seal.[3]

Plaintiff's counsel submitted an affidavit in support of the proposed settlement agreement. While the affidavit lists the total amount of attorneys' fees in the proposed settlement, the affidavit does not specify the number of hours or the hourly rate that plaintiff's counsel claims.

The Court **ORDERS** Plaintiff's counsel to submit additional evidence in support of the attorneys' fee award in the proposed settlement. The evidence should include the number of hours and the hourly rate that support the proposed attorneys' fee award.

Plaintiff's counsel should submit the additional evidence by March 25, 2022.

---

[1] Doc. 1.
[2] Doc. 21 (sealed).
[3] Doc. 20.

Case No. 1:21-cv-01452
GWIN, J.

    IT IS SO ORDERED.

Dated: March 19, 2022           *s/    James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE